GULF MERCANTILE CORPORATION, Respondent, v. VICTOR BLAGDEN and Others, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and dis-

bursements and motion granted to the extent of striking out paragraphs 4, 5, 6 and 7 of the amended complaint. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.